United States Court of Appeals
Fifth Circuit

**F I L E D**

March 9, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-40528

_____

ELIJAH W. RATCLIFF,

                                        Plaintiff-Appellant,

                          versus

INDYMAC BANK FSB, Inc., as Successor in
interest to Indymac Mortgage Holdings, Inc.,
formerly known as INMC Mortgage Holdings;
STATE OF TEXAS; STATE BAR OF TEXAS;
EXECUTIVE DIRECTOR OF THE STATE
BAR OF TEXAS; KENNETH HAMMACK,
Sheriff, Polk County, TX; CLEBURNE SWILLEY,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Texas, Lufkin
USDC No. 9:05-CV-70

_____

Before REAVLEY, DEMOSS  and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given. Appellant cites cases and statutes and complains of injuries, but never alleges anything to support a claim of liability entitling him to relief against these appellees. The statements and arguments he makes consist only of conclusions about his injuries and complaints irrelevant to this appeal.

AFFIRMED.

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.